# Order

Michigan Supreme Court
Lansing, Michigan

July 20, 2011

Robert P. Young, Jr.,
Chief Justice

141062

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 141062
COA: 296591
Saginaw CC: 08-031656-FH

JOHN SATTERWHITE FRANKLIN,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 24, 2010 order of the Court of Appeals is considered. We DIRECT the Saginaw County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order, addressing the issues whether the trial court failed to comply with MCL 767.61a when accepting defendant's pleas to the charge of being a sexually delinquent person, and whether defendant's convictions are barred by double jeopardy.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2011

_Corbin R. Davis_
Clerk

p0713